UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN STUART
_____,
Defendant.

21 - cr - 007

# ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

**[✓]** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

**[✓]** Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ] Other:

IT IS SO ORDERED.

Date: January 26, 2021

/s/ Jeremiah J. McCarthy
_____
Jeremiah J. McCarthy
United States Magistrate Judge