UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        21-CR-00007-LJV-JJM

v.

JOHN STUART,                               NOTICE OF APPEARANCE

        Defendant.
_____

To the Clerk of this Court and all parties of record:

    Please enter my appearance as additional counsel of record in this case for Defendant, John Stuart.

        DATED:      Buffalo, New York, August 23, 2021.

                            Respectfully submitted,

                            **/s/ Timothy P. Murphy**
                            Timothy P. Murphy
                            Assistant Federal Public Defender
                            Federal Public Defender's Office
                            300 Pearl Street, Suite 200
                            Buffalo, New York 14202
                            (716) 551-3341; FAX: 551-3346
                            timothy_murphy@fd.org

TO:    Laura A. Higgins
         Assistant United States Attorney