UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

         v.

JOHN STUART,

               Defendant.

_____

**21-CR-07-LJV-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated August 24, 2021. |
| **RELIEF REQUESTED:** | To adjourn the pretrial motions deadline and scheduling order for 30 days. |
| **DATED:** | Buffalo, New York, August 24, 2021. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:**   Laura A. Higgins
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

        Defendant.
_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. The instant motion respectfully requests an extension of 30 days for the defendant to file pretrial motions currently due August 26, 2021.

3. The defense has received a proposed plea offer and requests some more time for review, which, if agreed to, will render motion practice unnecessary, saving the parties and this Court time and expense.

4. I have discussed this request with Assistant United States Attorney Laura A. Higgins, and Ms. Higgins has no objection to an adjournment. She has indicated she cannot agree to more extensions.

5. Should the motion be granted, the government and the defendant agree that the speedy trial time between the granting of the adjournment and the new pretrial motion deadline is excludable in the interests of justice.

**WHEREFORE**, it is respectfully requested that the pretrial motion deadline and scheduling order be adjourned for 30 days.

**DATED**: Buffalo, New York, August 24, 2021.

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** Laura A. Higgins
Assistant United States Attorney