UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

               Defendant.
_____

21-CR-07-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated September 23, 2021. |
| **RELIEF REQUESTED:** | To adjourn the pretrial motions deadline and scheduling order for one week. |
| **DATED:** | Buffalo, New York, September 23, 2021. |

        Respectfully submitted,

        **/s/ Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant John Stuart*

**TO:**    Laura A. Higgins
           Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                                                  **21-CR-07-LJV-JJM**

JOHN STUART,                                                                    **AFFIRMATION**

           Defendant.
_____

      **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

      1.      I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

      2.      The instant motion respectfully requests an extension of one week for the defendant to file pretrial motions currently due September 27, 2021.

      3.      Although I have been working on the motions in this case, urgent matters have arisen that have required my attention. And I have not been able to dedicate the time necessary to complete the motions before September 27.

      4.      Accordingly, I request a short one-week adjournment in order to properly address the issues in this case.

      5.      I have discussed this request with Assistant United States Attorney Laura A. Higgins, and Ms. Higgins has no objection to a one-week adjournment.

      6.      Should the motion be granted, the government and the defendant agree that the speedy trial time between the granting of the adjournment and the new pretrial motion deadline is excludable in the interests of justice.

**WHEREFORE**, it is respectfully requested that the pretrial motion deadline and scheduling order be adjourned for one week.

**DATED**: Buffalo, New York, September 23 2021.

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** Laura A. Higgins
Assistant United States Attorney