UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **21-CR-07-LJV-JJM** |
| v. | |
| | **NOTICE OF OMNIBUS MOTION** |
| JOHN STUART, | |
| Defendant. | |

_____

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender, Attorney for John Stuart |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, on the papers submitted, or on a date and time to be determined by the court. |
| **SUPPORTING PAPERS:** | Memoranda of Assistant Federal Public Defender Jeffrey T. Bagley. |
| **RELIEF REQUESTED:** | Suppression and other relief. |
| **DATED:** | October 4, 2021, Buffalo, New York. |

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
jeffrey_bagley@fd.org
*Attorney for John Stuart*

**TO:**   Laura Higgins
         Assistant United States Attorney