*United States v. John Stuart*

**21-CR-07-LJV-JJM**

# DEFENDANT'S EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOHN STUART,

        Defendant

21-CR-007-LJV-JJM

DECLARATION
UNDER 28 U.S.C. § 1746

---

1. I, John Stuart, am the defendant in this matter and I submit this declaration for the limited purpose of establishing standing in my residence at 1010 Cleveland Drive, Cheektowaga, NY 14225 (the residence) and in support of the factual allegations regarding my omnibus motion.

2. I have not included all facts known to me in this matter; rather, only those that appear at this time to be necessary for this motion.

3. At the time the police executed a search warrant (attached to my motion) and searched my house, I paid rent for and lived at the residence.

4. Because the residence was my home, I had an expectation of privacy in the residence. The residence was mine: I could exclude others and otherwise exerted possession and control over the residence.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED:     Buffalo, New York, September 28, 2021