UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

                Defendant.

_____

21-CR-07-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated December 22, 2021. |
| **RELIEF REQUESTED:** | A 30-day extension to file Objections to the Report and Recommendation deadline. |
| **DATED:** | Buffalo, New York, December 22, 2021. |

                                      Respectfully submitted,

                                      **/s/ Jeffrey T. Bagley**
                                      Jeffrey T. Bagley
                                      Assistant Federal Public Defender
                                      Federal Public Defender's Office
                                      300 Pearl Street, Suite 200
                                      Buffalo, New York 14202
                                      (716) 551-3341, (716) 551-3346 (Fax)
                                      jeffrey_bagley@fd.org
                                      *Counsel for Defendant John Stuart*

**TO:**    Laura A. Higgins
           Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

        Defendant.
_____

                                          **21-CR-07-LJV-JJM**

                                          **AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1.      I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2.      Objections to Magistrate Judge Jeremiah McCarthy's Report and Recommendation (Docket No. 33) are currently due December 29, 2021.

3.      I need more time to prepare objections, and therefore respectfully request a 30-day extension of this deadline and agree that the time under the Speedy Trial Act should be excluded during this time.

4.      Assistant United States Attorney Laura Higgins has no objection to this request.

**DATED**:            Buffalo, New York, December 22, 2021.

                                          Respectfully submitted,

                                          **/s/ Jeffrey T. Bagley**
                                          Jeffrey T. Bagley
                                          Assistant Federal Public Defender
                                          Federal Public Defender's Office
                                          300 Pearl Street, Suite 200
                                          Buffalo, New York 14202
                                          (716) 551-3341, (716) 551-3346 (Fax)
                                          jeffrey_bagley@fd.org
                                          *Counsel for Defendant John Stuart*

2

**TO:** Laura A. Higgins
Assistant United States Attorney