UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

                Defendant.
_____

21-CR-07-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated February 18, 2022. |
| **RELIEF REQUESTED:** | A one-week extension on the defense's reply to the government's opposition currently due on February 22, 2022. |
| **DATED:** | Buffalo, New York, February 18, 2022. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:**   Laura A. Higgins
       Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

        Defendant.
_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. A reply to the government's opposition to Mr. Stuart's objection is currently due on February 22, 2022.

3. I request a one-week extension to work on that briefing.

4. Assistant United States Attorney Laura Higgins has no objections.

5. The parties have no objection to keeping in place the current oral argument date of March 11, 2022.

**WHEREFORE**, it is respectfully requested that the defense have a one-week extension to submit their reply to the government's opposition to Mr. Stuart's objections.

**DATED**:	Buffalo, New York, February 18, 2022.

>Respectfully submitted,
>
>**/s/ Jeffrey T. Bagley**
>Jeffrey T. Bagley
>Assistant Federal Public Defender
>Federal Public Defender's Office
>300 Pearl Street, Suite 200
>Buffalo, New York 14202
>(716) 551-3341, (716) 551-3346 (Fax)
>jeffrey_bagley@fd.org
>*Counsel for Defendant John Stuart*

**TO:**   Laura A. Higgins
     Assistant United States Attorney

2