IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                          21-CR-7-LJV

JOHN STUART,

      Defendant

---

## NOTICE OF MOTION AND MOTION TO
## SET A DATE FOR TRIAL OR CHANGE OF PLEA

**PLEASE TAKE NOTICE** that the United States of America, by its attorneys, Trini

E. Ross, United States Attorney for the Western District of New York, and Laura A. Higgins,

Assistant United States Attorney, of counsel, hereby moves this Court to set a date for trial or

change of plea in this action, such motion to be heard by the United States District Court for

the Western District of New York, United States Courthouse 2 Niagara Square, Buffalo, New

York, at a date and time to be determined by the Court.

      DATED:   Buffalo, New York, April 8, 2022.

                                      TRINI E. ROSS
                                      United States Attorney

              BY:   s/LAURA A. HIGGINS
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York 14202
                      716/843-5862
                      Laura.Higgins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                             21-CR-7-LJV

JOHN STUART,

                    Defendant

_____


**<u>AFFIDAVIT</u>**


STATE OF NEW YORK   )
COUNTY OF ERIE          )          SS:
CITY OF BUFFALO       )


    1.      I am an Assistant United States Attorney for the Western District of New York assigned to the prosecution of the above-referenced case.   This affidavit is submitted in support of the government's motion to set a date for trial or change of plea in this action.


    2.      On April 8, 2022, the Court issued a Decision and Order resolving all of the defendant's pre-trial motions pending before the Court.   Therefore, the government requests a status conference before the Court to schedule change-of-plea proceedings, a further status conference, or a trial date in this matter.

3.      Based on the foregoing, it is respectfully requested that a date for trial, change

of plea or further status conference be set by the Court in this action.


                                        s/LAURA A. HIGGINS
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Western District of New York
                                        138 Delaware Avenue
                                        Buffalo, New York 14202
                                        716/843-5862
                                        Laura.Higgins@usdoj.gov



Subscribed and sworn to before me

this 8th day of April, 2022


s/JESSICA A. OLSZEWSKI
COMMISSIONER OF DEEDS
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2022