UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                               21-CR-7-V

JOHN STUART,

        Defendant.
_____

## SPEEDY TRIAL ORDER
(April 19, 2022 through May 19, 2022)

On April 19, 2022, the parties appeared before the Court for a status conference to set a change of plea hearing or trial date. Assistant United States Attorney Laura A. Higgins appeared on behalf of the government; defendant John Stuart appeared personally and with Jeffrey Bagley, Esq.

At that time, the Court granted defense counsel's request to hold the government's motion for a change of plea hearing or to set a trial date in abeyance. The defendant requested time to conduct legal research regarding an issue in this case because he recently learned of court decisions touching on the same issue in this case. The government agreed to a brief adjournment to allow the research. The Court set a further status conference for May 19, 2022 at 9:30 a.m. for the defendant to report back about whether he intended to file supplemental motions. With the consent of counsel for the defendant, the Court further excluded the period in this action from and including April 19, 2022, to and including May 19, 2022, from the time within which trial must commence, in accordance with the Speedy Trial Act,

pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

NOW, it is hereby

ORDERED, that the time in this action from and including April 19, 2022, to and including May 19, 2022, is properly excluded from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court further finds that, as of May 19, 2022, zero (0) days of Speedy Trial Act time will have elapsed in this action and seventy (70) days remain in the period within which trial must commence.

DATED:   Buffalo, New York, April 22, 2022.

_____
HONORABLE LAWRENCE J. VILARDO
United States District Judge