UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.                                                          21-CR-7-V

JOHN STUART,

      Defendant.

## SPEEDY TRIAL ORDER
(May 19, 2022 through June 6, 2022)

On April 19, 2022, the parties appeared before the Court for a status conference to set a change of plea hearing or trial date. Assistant United States Attorney Laura A. Higgins appeared on behalf of the government; defendant John Stuart appeared personally and with Jeffrey Bagley, Esq.

At that time, the Court granted defense counsel's request to file supplemental pretrial motions including for discovery and/or suppression. The defendant requested time to conduct legal research and prepare these supplemental pretrial motions. The Court set deadline for the defense to submit the supplemental pretrial motions to the Magistrate Court on June 6, 2022. With the consent of counsel for the defendant, the Court further excluded the period in this action from and including May 19, 2022, to and including June 6, 2022, from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

NOW, it is hereby

ORDERED, that the time in this action from and including May 19, 2022, to and including June 6, 2022, is properly excluded from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court further finds that, as of June 6, 2022, zero (0) days of Speedy Trial Act time will have elapsed in this action and seventy (70) days remain in the period within which trial must commence.

DATED: Buffalo, New York, May 20, 2022.

                                              HONORABLE LAWRENCE J. VILARDO
                                              United States District Judge