UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

               Defendant.

_____

21-CR-07-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated June 2, 2022. |
| **RELIEF REQUESTED:** | Extension on time to file motion to compel. |
| **DATED:** | Buffalo, New York, June 2, 2022. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:**   Laura A. Higgins
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,

          v.                                    **21-CR-07-LJV-JJM**

JOHN STUART,                              **AFFIRMATION**

                    Defendant.

———————————————————————

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. On May 19, 2022, at a status conference before Judge Vilardo, I requested time to file a motion to compel. I requested two weeks to do so. Judge Vilardo granted that request and instructed the defense to file the motion before this court on June 6, 2022. In hindsight, my request was overly optimistic, as the motion requires significant work.

3. Accordingly, I request a 30-day extension of that deadline.

4. I have discussed this request with Assistant United States Attorney Laura A. Higgins, and Ms. Higgins has no objection.

**WHEREFORE**, it is respectfully requested that the defense's motion to compel deadline be adjourned for 30 days.

2

**DATED**:           Buffalo, New York, June 2, 2022.

                                             Respectfully submitted,

                                             **/s/ Jeffrey T. Bagley**
                                             Jeffrey T. Bagley
                                             Assistant Federal Public Defender
                                             Federal Public Defender's Office
                                             300 Pearl Street, Suite 200
                                             Buffalo, New York 14202
                                             (716) 551-3341, (716) 551-3346 (Fax)
                                             jeffrey_bagley@fd.org
                                             *Counsel for Defendant John Stuart*

**TO:**   Laura A. Higgins
         Assistant United States Attorney