UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                          21-CR-7-V

JOHN STUART,

   Defendant.

---

### SPEEDY TRIAL ORDER
(June 6, 2022 through July 8, 2022)

On June 6, 2022, the parties appeared telephonically before the Court for a status conference to address the defendant's motion to extend time for him to file a motion to file a supplemental pretrial motion for discovery and/or suppression. Assistant United States Attorney Laura A. Higgins appeared on behalf of the government; defendant John Stuart appeared with Jeffrey Bagley, Esq.

At that time, the Court granted defense counsel's request to extend time for him to file supplemental pretrial motions including for discovery and/or suppression. The defendant requested time to conduct legal research and prepare these supplemental pretrial motions. The Court set a new deadline for the defense to submit the supplemental pretrial motions to the Magistrate Court on July 8, 2022. With the consent of counsel for the defendant, the Court further excluded the period in this action from and including June 6, 2022, to and including July 8, 2022, from the time within which trial must commence, in accordance with the Speedy

Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

**NOW**, it is hereby

**ORDERED**, that the time in this action from and including June 6, 2022, to and including July 8, 2022, is properly excluded from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court further finds that, as of July 8, 2022, zero (0) days of Speedy Trial Act time will have elapsed in this action and seventy (70) days remain in the period within which trial must commence.

DATED:   Buffalo, New York, June 24, 2022.

_____
HONORABLE LAWRENCE J. VILARDO
United States District Judge