IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                      21-CR-7-JJM

JOHN STUART,

            Defendant.

---

## MOTION FOR AN EXTENSION OF TIME
## TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Laura A. Higgins, Assistant United States Attorney, the undersigned hereby moves this Court for an extension of time to file its response to the defendant's motion to compel (Doc. 49) in the above-referenced case.

DATED: Buffalo, New York, July 22, 2022.

                                             TRINI E. ROSS
                                             United States Attorney

                BY:     s/LAURA A. HIGGINS
                         Assistant United States Attorney
                         United States Attorney's Office
                         Western District of New York
                         138 Delaware Avenue
                         Buffalo, New York  14202
                         716/843-5862
                         Laura.Higgins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                       21-CR-7-JJM

JOHN STUART,

            Defendant.

### AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO    )

**LAURA A. HIGGINS,** being duly sworn, deposes and states:

1. I am an Assistant United States Attorney for the Western District of New York assigned to the prosecution of the above-referenced case. This affidavit is submitted in support of the government's motion for a 60-day extension of time to file its response to the defendant's motion to compel (Doc. 49). Defense counsel is aware of, and joins in, the government's motion.

2. On July 8, 2022, with permission of the District Court, the defendant filed a motion to compel to supplement his previously filed pretrial omnibus motions. *See* Doc. 49. This Court set a deadline of today, July 22, 2022 for the government to respond. *See* Doc. 56.

3. Because of other work matters, government counsel has not been able to research and prepare its response to the defendant's motion to compel and is requesting 60 days to do so.

4. Government counsel confirmed with defense counsel, Jeffrey Bagley, Esq., that he has no objection to this extension of time for the government to file its response and agrees that Speedy Trial Time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (pretrial motion by defendant is pending).

        s/LAURA A. HIGGINS
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York   14202
        716/843-5862
        Laura.Higgins@usdoj.gov

Subscribed and sworn to before me

this 22nd day of July, 2022.

s/JESSICA A. OLSZEWSKI
COMMISSIONER OF DEEDS
In And For The City Of Buffalo, New York.
My Commission Expires Dec. 31, 2023