IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                               21-CR-7

JOHN STUART,

                    Defendant.

---

## NOTICE OF APPEARANCE

**TO**:    **Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to enter my appearance as counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, November 14, 2022.

                                            TRINI E. ROSS
                                            United States Attorney

                      BY:    s/DAVID J. RUDROFF
                                 Assistant United States Attorney
                                 United States Attorney's Office
                                 Western District of New York
                                 138 Delaware Avenue
                                 Buffalo, New York 14202
                                 (716) 843-5806
                                 David.Rudroff@usdoj.gov