UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                                           21-CR-07-LJV-JJM

JOHN STUART,                                                       NOTICE OF MOTION

                      Defendant.

_____

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated January 6, 2023. |
| **RELIEF REQUESTED:** | Extension on time to file Reply to the Government's Response in Opposition. |
| **DATED:** | Buffalo, New York, January 6, 2023. |

                                            Respectfully submitted,

                                            **/s/ Jeffrey T. Bagley**
                                            Jeffrey T. Bagley
                                            Assistant Federal Public Defender
                                            Federal Public Defender's Office
                                            300 Pearl Street, Suite 200
                                            Buffalo, New York 14202
                                            (716) 551-3341, (716) 551-3346 (Fax)
                                            jeffrey_bagley@fd.org
                                            *Counsel for Defendant John Stuart*

**TO:**    David J. Rudroff
            Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

        Defendant.

_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. The Government filed a response to the defendant's Motion to Compel on December 12, 2022 (Dkt # 66).

3. The current due date for the defendant's reply is January 9, 2023.

4. The government has recently provided additional discovery that will be relevant to the reply memorandum. I will need additional time to review the discovery.

5. Therefore, I request a 1-week extension of the reply date.

6. The government has no objection to this request, and time remains excluded because of the pending motion.

**WHEREFORE**, it is respectfully requested that the defense's reply due date be extended by 1 week.

**DATED**:	Buffalo, New York, January 6, 2023.

>	Respectfully submitted,
>
>	**/s/ Jeffrey T. Bagley**
>	Jeffrey T. Bagley
>	Assistant Federal Public Defender
>	Federal Public Defender's Office
>	300 Pearl Street, Suite 200
>	Buffalo, New York 14202
>	(716) 551-3341, (716) 551-3346 (Fax)
>	jeffrey_bagley@fd.org
>	*Counsel for Defendant John Stuart*

**TO:**	David J. Rudroff
	Assistant United States Attorney