UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

     Defendant.
_____

21-CR-07-LJV-JJM

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated February 15, 2023 |
| **RELIEF REQUESTED:** | One-week extension of time to file submissions as to remaining issues. |
| **DATED:** | Buffalo, New York, February 15, 2023. |

            Respectfully submitted,

            **/s/ Jeffrey T. Bagley**
            Jeffrey T. Bagley
            Assistant Federal Public Defender
            Federal Public Defender's Office
            300 Pearl Street, Suite 200
            Buffalo, New York 14202
            (716) 551-3341, (716) 551-3346 (Fax)
            jeffrey_bagley@fd.org
            *Counsel for Defendant John Stuart*

**TO:** David J. Rudroff
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          v.

JOHN STUART,

          Defendant.
_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. After oral argument held on January 15, 2023, this Court set a deadline for the defendant to review any new materials and file submissions as to remaining issues by February 22, 2023. Dkt # 74.

3. I respectfully request a one-week extension of this date, as I will be out of the district.

4. The government has no objection to this request, and time remains excluded because of the pending motion.

**WHEREFORE**, it is respectfully requested that the defense's response date be extended by one week.

**DATED**:    Buffalo, New York, February 15, 2023

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:**  David J. Rudroff
Assistant United States Attorney