# United States v. John Stuart
# 21-CR-07-LJV-JJM

# Defendant's Exhibit A

**From:** Jeffrey Bagley
**To:** "Rudroff, David (USANYW)"
**Subject:** RE: John Stuart: Protective Order
**Date:** Thursday, December 22, 2022 3:18:00 PM

Sure thing.

Jeffrey T. Bagley
Assistant Federal Public Defender



This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** Rudroff, David (USANYW)
**Sent:** Thursday, December 22, 2022 3:16 PM
**To:** Jeffrey Bagley
**Subject:** RE: John Stuart: Protective Order

I understand. I will file a consent motion tomorrow.

If I send you documents before it is formally entered, can we agree to treat them in accordance with the anticipated PO? If so, I can likely get you what I have a few days faster.

**David J. Rudroff | Assistant United States Attorney | United States Attorney's Office | Western District of New York**

**From:** Jeffrey Bagley
**Sent:** Thursday, December 22, 2022 9:57 AM
**To:** Rudroff, David (USANYW)
**Subject:** [EXTERNAL] RE: John Stuart: Protective Order

Dave – I don't have a problem with this as it stands now. Obviously, I may ask for parts or all lifted if I feel it appropriate after reviewing the materials.

Jeffrey T. Bagley
Assistant Federal Public Defender

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** Rudroff, David (USANYW)
**Sent:** Friday, December 16, 2022 2:11 PM
**To:** Jeffrey Bagley
**Subject:** John Stuart: Protective Order

Jeff,

I've attached the government's proposed protective order. Let me know your thoughts.

**David J. Rudroff| Assistant United States Attorney| United States Attorney's Office | Western District of New York**