UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

                Defendant.

_____

21-CR-07-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated June 30, 2023. |
| **RELIEF REQUESTED:** | Extension of Time to File Objections to Report and Recommendation. |
| **DATED:** | Buffalo, New York, June 30, 2023. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** David J. Rudroff
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

        Defendant.

_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

        **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. Judge McCarthy issued a sealed Report, Recommendation, and Order on May 22, 2023. (dkt # 93).

3. Objections to the Report and Recommendation are due on July 5, 2023.

4. I request more time to draft these submissions, which raise various and complex issues.

5. Accordingly, I respectfully request a 30-day extension of time to file an objection to the Report and Recommendation.

6. Assistant U.S. Attorney David Rudroff has no objection to this request.

**DATED**:	Buffalo, New York, June 30, 2023.

>	Respectfully submitted,
>
>	**/s/ Jeffrey T. Bagley**
>	Jeffrey T. Bagley
>	Assistant Federal Public Defender
>	Federal Public Defender's Office
>	300 Pearl Street, Suite 200
>	Buffalo, New York 14202
>	(716) 551-3341, (716) 551-3346 (Fax)
>	jeffrey_bagley@fd.org
>	*Counsel for Defendant John Stuart*

**TO:**  David J. Rudroff
    Assistant United States Attorney

2