United States v. John Stuart

21-CR-07-LJV-JJM

Defendant's Exhibit C

Case 1:20-cr-00147-DJH Document 86-17 Filed 03/14/22 Page 2 of 5 PageID #: 12171
Case 1:21-cv-01130-CJN Document 58-17 Filed 08/07/23 Page 2 of 6

FD-302 (Rev. 5-8-10)

- 1 of 4 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  01/24/2017

Preliminary investigation of a TOR Hidden Service known as ☐ b6 -1
☐ was conducted by SA ☐  b7A -1
b7C -1
b7E -4,5

☐ b7A -1
b7E -4,5

☐ *18 (twinks) and younger*  b7A -1
b7E -4,5

☐ b7A -1
b7E -4,5

☐ b7A -1
b7E -4,5

☐ b7A -1
b7E -4,5

☐ b7A -1
b7E -4,5

Investigation on 01/13/2017 at ☐ United States (In Person)   b6 -1
b7C -1
File # ☐                                      Date drafted 01/17/2017   b7E -5

by ☐

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(21-cv-1130)-503

FD-340 (Rev. 4-11-03)

**File Number** _____

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** 4

**Date Received** 1/13/2017

**From** SA _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

**By** SA _____

To Be Returned ☐ Yes ☒ No
Receipt Given ☐ Yes ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☒ No
Federal Taxpayer Information (FTI)
☐ Yes ☒ No

**Title:**



**Reference:** Preliminary Investigation of _____
(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of

1 x CD containing screenshots

Warning: Obscene Material

OBSCENE MA[...]

FBI(21-cv-1130)-1661

**OPERATION PACIFIER** [redacted]  b7E -11

### Overview

Operation Pacifier is a continuation of the MCCU's efforts into identifying and dismantling child pornography [redacted] Previous investigations (Op. Torpedo [redacted] have proved to be very successful endeavors [redacted]  b7E -1,2,7

The overall purpose of Operation Pacifier is [redacted] significant use of VCAC personnel and resources is anticipated.  b3 -1 / b7E -2,3,7

The operation should commence [redacted]  b3 -1 / b7E -3

It is unknown how many [redacted] immediate leads will be generated. Due to this, there may be periods of intense activity as well as possible downtime. As such, personnel should allow for this flexibility and assist others as needed.  b7E -3

During the [redacted] period, there will be two primary objectives:  b3 -1 / b7E -3

1 - [redacted] Process these returns and complete FD-302's as necessary. Complete search warrant affidavits, conduct open source and public database checks, prepare lead packages, and set immediate leads to field offices. Immediate leads will take priority over all other activity.

2 - Generate and issue subpoenas [redacted] Process the returns as they come in and complete the FD-302s. Ensure all subpoena returns are scanned using the OCR feature so the text is searchable.  b7E -3

Note: Appropriate draft search warrant affidavits, lead packages, and EC's have already been written and will be provided to all [redacted] personnel [redacted]. Affidavits and EC's will require only slight modification [redacted]  b3 -1 / b7E -3

### Operational Control

UC [redacted] will oversee operational activities at Linthicum, MD, while SSAs [redacted] will be the primary supervisors during the [redacted] phase. All personnel should report to these supervisors for the duration of the operation unless otherwise directed.  b3 -1 / b6 -1 / b7C -1 / b7E -3

**Personnel Duties**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b3 -1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b6 -1
SSAs – Any SSA on duty during the [____] phase, to include SSAs [____] as well as any　b7C -1
Program Managers (PM), will oversee all shift operations and have the following responsibilities:　b7E -3

1. SSAs/PMs will ensure all scheduled employees report for their shifts and will contact UC [____] or SSA [____] if anyone fails to report.
2. SSAs/PMs will ensure leads are generated as appropriate.
3. SSAs/PMs will ensure UC [____] is apprised of any significant events.　　　　　　　b6 -1
4. SSAs/PMs have been delegated the authority necessary to sign administrative subpoenas. In　b7C -1
that role, they will sign subpoenas issued by the MAPAs.
5. SSAs/PMs primary purpose is to coordinate with the field in responding to emergency leads. The SSAs/PMs will work with the shift SAs, IAs, and MAPAs to complete the necessary target package. When completed, the SSAs/PMs will contact the appropriate field office representative and facilitate the immediate coverage of the lead.
6. SSAs/PMs will be responsible for following up with the field and ensuring all leads are handled immediately. SSAs/PMs will report status of each lead to UC [____]
7. SSAs/PMs will approve 302s documenting subpoena returns in Sentinel completed during their shift.

SAs – The SAs will serve the following functions:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b3 -1
1. SAs will be responsible [____]　　　　　　　　　　　　　　　　　　　　　　　　　　b6 -1
[____]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b7C -1
2. SAs will obtain and execute [____]　　　　　　　　　　　　　　　　　　　　　　　　b7E -2,3,5,7
3. SAs will conduct [____]

4. SAs or IAs will generate subject user reports from [____] Any SAs or IAs who do not have access [____] should see SA [____] prior to the operation.
5. SAs will work with IAs and MAPAs when appropriate and review all subpoena responses to ensure all information is captured correctly. SAs will direct the MAPAs if a secondary subpoena is needed.
6. SAs will complete search warrant affidavits and swear them out (if appropriate).
7. SAs will complete the EC for all emergency leads and ensure each lead contains completed information (draft search warrant, subpoena info, subject work up, etc).
8. SAs will advise the SSAs/PMs of the progress and report results of emergency.

IAs – The IAs will serve the following function:

1. IAs or SAs will generate subject reports [____] Any SAs or IAs who do not have　　b6 -1
access [____] should see SA [____] prior to the operation.　　　　　　　　　　　　　b7C -1
2. If the IA has experience in subpoena analysis, IAs will assist SAs in reviewing subpoena responses　b7E -2,7
and direct MAPAs if a secondary subpoena is needed.

18-CV-1488(FBI)-354

3. IAs will assist and complete records checks associated with an emergency response [redacted] CLEAR, NCIC, D&B, Sentinel, NSOR, and open source). IAs will document the results of their queries in an FD-302 and disseminate appropriate information onto SAs.   b7E -9
4. IAs will verify that all records checks and subpoena results accurately correspond to the original IP address.
5. If, due to volume, it becomes necessary for additional resources to be used to document subpoena returns, IAs will assist the MAPAs in that duty.

MAPAs – The MAPAs will serve the following function:

1. MAPAs will author and serve all subpoenas, using the [redacted] email account, and update as appropriate on the subpoena tracking sheet.   b7E -8
2. MAPAs will ensure all identified IP addresses are entered into the subpoena tracking sheet.
3. MAPAs will routinely check the unit fax machines and [redacted] email account for subpoena returns.
4. If received via fax, MAPAs will complete all documentation (FD-302, subpoena tracking spreadsheet, scanning using the OCR feature) prior to leaving, or must personally give to their relief and provide guidance on what needs to be done.
5. If received via email, MAPAs will download the return and complete all documentation (FD-302, subpoena tracking spreadsheet) prior to leaving.
6. Routinely check the subpoena folders and ensure compliance. If an ISP has not responded, MAPAs will contact the ISP and update the status sheet in that folder. If no status sheet exists, then MAPAs will create one and document their contact.
7. MAPAs close out any subpoenas they generated through the FD-1035 Infopath questionnaire once a return has been processed.

18-CV-1488(FBI)-355