UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

              Defendant.

_____

**21-CR-07-LJV-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated November 13, 2023 |
| **RELIEF REQUESTED:** | Extension of Time to File Supplemental Submission. |
| **DATED:** | Buffalo, New York, November 13, 2023. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** David J. Rudroff
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

Defendant.

_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. Judge McCarthy issued a sealed Report, Recommendation, and Order on May 22, 2023. (Dkt # 93) in which the Defense filed an objection to on August 7, 2023. (Dkt # 100).

3. Parties appeared before Your Honor on October 13, 2023, for oral argument on the defense's Objection to the R&R. (Dkt #107). During this appearance, Your Honor gave the defense until November 13, 2023, to file a supplemental submission. *Id.*

4. This motion respectfully requests a two-week extension of time to file the supplemental submission, as more time is needed to research various complex issues.

5. Assistant U.S. Attorney David Rudroff has no objection to this request, and the defense has no objection to a commensurate extension of the government's time to respond.

    **DATED**:        Buffalo, New York, November 13, 2023.

        Respectfully submitted,

        **/s/ Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant John Stuart*

**TO:**    David J. Rudroff
        Assistant United States Attorney