UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

JOHN STUART,

                Defendant.

_____

**21-CR-07-LJV-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated November 27, 2023 |
| **RELIEF REQUESTED:** | Extension of Time to File Supplemental Submission until Friday, December 1, 2023. |
| **DATED:** | Buffalo, New York, November 27, 2023. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** David J. Rudroff
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

          v.

JOHN STUART,

          Defendant.

_____

          21-CR-07-LJV-JJM

          **AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. Mr. Stuart's Supplemental Memorandum is due today. I have been sick and unable to complete the brief.

3. This motion respectfully requests an extension of time until Friday, December 1, 2023, to file the supplemental submission.

4. Assistant U.S. Attorney David Rudroff has no objection to this request.

**DATED**:          Buffalo, New York, November 27, 2023.

          Respectfully submitted,

          **/s/ Jeffrey T. Bagley**
          Jeffrey T. Bagley
          Assistant Federal Public Defender
          Federal Public Defender's Office
          300 Pearl Street, Suite 200
          Buffalo, New York 14202
          (716) 551-3341, (716) 551-3346 (Fax)
          jeffrey_bagley@fd.org
          *Counsel for Defendant John Stuart*

2

**TO:**   David J. Rudroff
  Assistant United States Attorney