*United States v. John Stuart*

21-CR-07-LJV-JJM

# DEFENDANT'S EXHIBIT C

   Home  My Network  Jobs  Messaging  Notifications   Me ▼    For Business ▼   Try Premi $0



## Gregory S
Special Agent at US Department of Homeland Security

- US Department of Homeland Security
- Southern New Hampshire University

Boston, Massachusetts, United States · Contact info
132 connections

Connect   Message   (…)

### About
I have been working in the crimes against children discipline since 2007. Over the years I have conducted complex criminal investigations on the clearweb and the darkweb on individuals and criminal networks that are intent on physically and sexually abusing children. …     …see more

### Activity
132 followers

Gregory S commented on a post · 2mo
Good luck Jim, know you will crush it with Jon Rouse APM

Gregory S commented on a post · 2mo
We will miss you brother Was an honor to work with you and build our friendship.

Show all comments →

### Experience

 **Senior Special Agent**
US Department of Homeland Security · Full-time
2007 - Present · 16 yrs 9 mos
Boston, Massachusetts, United States · Hybrid

Skills: Adult CPR · Team Leadership · Mentoring · Train the Trainer · Teaching · Criminal Intelligence     …see more

### Education

 **Southern New Hampshire University**
Bachelor's Degree, Organizational Leadership
2006

### Skills

**Adult CPR**

 Senior Special Agent at US Department of Homeland Security

---

Messaging   1

Search messages

Focused        Other

Sarah Walz from LinkedIn    Jul 27
LinkedIn Offer  Get the
applicants you need for...    1



**Team Leadership**
Senior Special Agent at US Department of Homeland Security

**Mentoring**
Senior Special Agent at US Department of Homeland Security

Show all 26 skills →

## Courses

**Darkweb Investigations**
Associated with US Department of Homeland Security

## Honors & awards

**2023 National Missing & Exploited Children's Hero's Award**
Issued by NCMEC · Apr 2023
Associated with US Department of Homeland Security

Honorable Mention

**2021 Criminal Division Assistant Attorney General Award. Kenneth A. Polite Jr., the Criminal Division's Assistant Attorney General**
Issued by Assistant Attorney General · May 2022
Associated with US Department of Homeland Security

**Team DG Commendation Op Habitance**
Issued by Director General Graeme Biggar · May 2022
Associated with US Department of Homeland Security

Show all 11 honors & awards →

## Interests

**Companies**    Schools

**U.S. Department of Homeland Security**
781,031 followers
+ Follow

**National Center for Missing & Exploited Children**
44,440 followers
+ Follow

Show all companies →

---

1

Sarah Walz from LinkedIn    Jul 27
LinkedIn Offer  Get the
applicants you need for...    1

Ad ···

Post a job for free with LinkedIn Jobs.

**in Jobs**

Simmons, find the people you want to interview

Post a free job

**People you may know**
From Gregory's company

**Boutchuen Armel**
Cyber Security Analyst, SecPlus, AWS Cloud Certified Practitioner, Quality Management Certificate.

Connect

**Mario G.**
Senior Management and Program Analyst: Leveraging Skills and Competencies to Drive Daily Operations and Processes

Connect

**Baraa Abdelhafiz**
Transportation Security Officer at U.S. Department of Homeland Security

Connect

**Jolene J.**
Zeta Mu Phi - President

Connect

**Margie Martinez**
From substitute teaching to various other areas of interest like Criminal Justice, the industry of hospitality, construction, Business, psychology, and...

Connect

Show more ⌄

**You might like**
Pages for you

**U.S. Customs and Border Protection**
Government Administration
242,643 followers

+ Follow

**Department of Homeland Security, Office of Inspector General**
Government Administration
99,558 followers

+ Follow

Show more ⌄

1

Sarah Walz from LinkedIn   Jul 27
LinkedIn Offer  Get the
applicants you need for...    1



About
Community Guidelines
Privacy & Terms ▼
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2023

Select Language

English (English)

1.

Sarah Walz from LinkedIn   Jul 27
LinkedIn Offer  Get the
applicants you need for...   1