*United States v. John Stuart*

**21-CR-07-LJV-JJM**

# DEFENDANT'S EXHIBIT E



U.S. Department of Homeland Security
500 12th St. SW; STOP 5009
Washington, DC 20546-5009

**U.S. Immigration
and Customs
Enforcement**

November 17, 2023

Brad Moss
Mark S. Zaid
1250 Connecticut Avenue, NW
Washington, DC 20036

**RE:**  **Zaid v. DHS (22-cv-0160)**
**ICE FOIA Case Number 2022-ICLI-00049**
**First Interim Response**

Dear Mr. Moss:

This is the first interim response to your client's Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE) dated March 4, 2022 seeking:

1.  Any communication – including verbal discussions memorialized in writing – between DHS and other U.S. Government agencies regarding the Target IP Address or the Target Website, as publicly acknowledged on pages 1 through 3 of the redacted Memorandum Opinion filed on October 29, 2020 ("Opinion"), that is attached as Exhibit "1";

2.  Any communication – including verbal discussions memorialized in writing – between DHS and the Federal Bureau of Investigation that was relied upon in forming the basis for Special Agent Christopher Ford's findings and conclusions about what the user of the Target IP Address had or had not done at the Target Website, as publicly referenced on pages 2 and 3 of the Opinion;

3.  Any records outlining the U.S. Government's understanding prior to August 19, 2019, of what was involved and required to be done to de-anonymize the IP addresses of Internet users who visited the Target Website, as publicly referenced on pages 1 through 3 of the Opinion;

4.  All records pertaining to the IP address 98.169.118.39 from May 22, 2019, to February 10, 2020;

5.  Any records referencing "Hurtcore."

ICE has considered your request under the FOIA, 5 U.S.C. § 552, and processed 1,008 pages of potentially responsive documents that were located by ICE Homeland Security Investigation (HSI). ICE determined that 2 pages are non-responsive. Additionally, 935 pages have been temporarily set aside as a potential future supplemental production, pending confirmation of the existence of a court

seal on those documents. The remaining 71 pages are being released in full or disclosed in part. These 71 pages have been Bates numbered 2022-ICLI-00049 1 through 2022-ICLI-00049 071. ICE has applied FOIA Exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E) to portions of these pages as described below.

**FOIA Exemption 5** protects inter-agency or intra-agency memorandums or letters which not be available by law to a party other than an agency in litigation with the agency. The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters. The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. The attorney work-product privilege protects documents and other memoranda prepared by an attorney in contemplation of litigation. The attorney-client privilege protects confidential communications between an attorney and his client relating to a legal matter for which the client has sought professional advice. It applies to facts divulged by a client to his attorney, and encompasses any opinions given by an attorney to his client based upon, and thus reflecting, those facts, as well as communications between attorneys that reflect client-supplied information. The attorney-client privilege is not limited to the context of litigation.

ICE has applied FOIA Exemptions 6 and 7(C) to protect from disclosure the names, e-mail addresses, and phone numbers of ICE and DHS employees contained within the documents, as well as the names, and other personally identifiable information of other individuals contained within the records.

**FOIA Exemption 6** exempts from disclosure information in personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor into the aforementioned balancing test.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes when production of such could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interests in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate.

ICE has applied FOIA Exemption 7(E) to protect from disclosure internal agency case numbers and other law enforcement sensitive information contained within the documents.

**FOIA Exemption 7(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. ICE has

determined that disclosure of certain law enforcement sensitive information contained within the responsive records could reasonably be expected to risk circumvention of the law. Additionally, the techniques and procedures at issue are not well known to the public.

If you have any questions about this letter, please contact Assistant United States Attorney Alicia Shelton at Alicia.Shelton2@usdoj.gov.

Sincerely,

Rolando Velasco
Supervisory Paralegal Specialist

Enclosure(s): 71 pages

cc: Alicia Shelton
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

**From:**　　　　　(b) (6), (b) (7)(C)
**Sent:**　　　　　Thu, 31 Oct 2019 14:54:19 +0000
**To:**
**Cc:**　　　　　(b) (6), (b) (7)(C)
**Subject:**　　　Additional info
**Attachments:**　Image Descriptions Website B.docx

I will send you the final copy of the Medford warrant when ▮▮▮▮ sends to me. This will include the site description for **Website B** as well as the NCA site description (which are in the share folders for each address actually)

I need to write the description for **Website A** as I think all of yours are **A**. That will go in para 14-16

Thanks

**From:** (b) (6), (b) (7)(C)
**Sent:** Mon, 16 Sep 2019 18:59:44 +0000
**To:** (b) (6), (b) (7)(C) @usdoj.gov)
**Cc:** (b) (6), (b) (7)(C)
**Subject:** affidavit edited
**Attachments:** Utah - affidavit - draft 2.docx

I made some edits and added some "comments"

For the site descriptions there may be some changes/updates but the basics were:

(b) (5), (b) (7)(E)

**From:** (b) (6), (b) (7)(C) @bka.bund.de
**Sent:** Mon, 24 Jun 2019 08:24:46 +0000
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** AW: Shadow report DRAFT - UPDATED
**Attachments:**

Hi (b) (6), (b) (7)(C)

good job! The report will be useful for us.

Which way we can receive it for official use?

Regards,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

---

SO45 Ermittlungen Cybercrime
Bundeskriminalamt

Postanschrift: 65173 Wiesbaden
Telefon: +49 0611 (b) (6), (b) (7)(C)
Fax: +49 0611 55-45391
E-Mail (b) (6), (b) (7)(C) @bka.bund.de
Internet: http://www.bka.de

**Von** (b) (6), (b) (7)(C) @ice.dhs.gov]
**Gesendet:** Freitag, 21. Juni 2019 20:19
**An:** (b) (6), (b) (7)(C)
**Cc:**
**Betreff:** RE: Shadow report DRAFT - UPDATED

ONE CORRECTION:
(b) (5)

**From** (b) (6), (b) (7)(C)
**Sent:** Friday, June 21, 2019 2:07 PM
**To:** (b) (6), (b) (7)(C) @bka.bund.de
**Cc:** (b) (6), (b) (7)(C) @ice.dhs.gov>
**Subject:** RE: Shadow report DRAFT - UPDATED

(b) (7)(E)



(b) (5), (b) (7)(E)

**From** (b) (6), (b) (7)(C) @ice.dhs.gov>
**Sent:** Thursday, June 20, 2019 7:26 AM
**To** (b) (6), (b) (7)(C) bka.bund.de
**Cc** (b) (6), (b) (7)(C) @ice.dhs.gov>
**Subject:** RE: Shadow report DRAFT

Hi (b) (6), (b) (7)(C)

Sorry for delay. I am hoping to make some changes to the report today. But I will answer your questions here:



We should be able to export a table like this for you. Let me see what I can get

**From:** (b) (6), (b) (7)(C) @bka.bund.de (b) (6), (b) (7)(C) @bka.bund.de>
**Date:** Friday, Jun 14, 2019, 1:44 AM

**To:** (b) (6), (b) (7)(C)                    @ice.dhs.gov>
**Cc:** (b) (6), (b) (7)(C)                    @ice.dhs.gov>
**Subject:** AW: Shadow report DRAFT



Thanks in advance.

(b) (6), (b) (7)(C)

**Von:** (b) (6), (b) (7)(C)                    @ice.dhs.gov]
**Gesendet:** Donnerstag, 13. Juni 2019 21:47
**An:** (b) (6), (b) (7)(C)
**Betreff:** Shadow report DRAFT

Please read the draft of the report and let me know what you think or if you need more:





Hi <span>(b) (6), (b) (7)(C)</span>

good job! The report will be useful for us.

Which way we can receive it for official use?

Regards,

(b) (6), (b) (7)(C)

Kriminaloberkommissar

SO45 Ermittlungen Cybercrime
Bundeskriminalamt

Postanschrift: 65173 Wiesbaden
Telefon: +49 0611 (b) (6), (b) (7)(C)
Fax: +49 0611 55-45391

E-Mail: (b) (6), (b) (7)(C)@bka.bund.de<mailto:(b) (6), (b) (7)(C)@bka.bund.de>
Internet: http://www.bka.de<http://www.bka.de/>

Von:(b) (6), (b) (7)(C)[mailto:(b) (6), (b) (7)(C)@ice.dhs.gov]
Gesendet: Freitag, 21. Juni 2019 20:19
An: (b) (6), (b) (7)(C)(BKA-SO45-2)
Cc: (b) (6), (b) (7)(C)
Betreff: RE: Shadow report DRAFT - UPDATED

ONE CORRECTION:
Website D- Moderator

From: (b) (6), (b) (7)(C)
Sent: Friday, June 21, 2019 2:07 PM
To: (b) (6), (b) (7)(C)@bka.bund.de
Cc: (b) (6), (b) (7)(C)                    @ice.dhs.gov>
Subject: RE: Shadow report DRAFT - UPDATED

(b) (5), (b) (7)(E)



From: (b) (6), (b) (7)(C) @ice.dhs.gov>
Sent: Thursday, June 20, 2019 7:26 AM
To: (b) (6), (b) (7)(C) @bka.bund.de
Cc: (b) (6), (b) (7)(C) @ice.dhs.gov>
Subject: RE: Shadow report DRAFT

Hi (b)(6),(b)(7)





From: (b) (6), (b) (7)(C)@bka.bund.de<mailto (b) (6), (b) (7)(C)@bka.bund.de>
< (b) (6), (b) (7)(C)@bka.bund.de<mailto (b) (6), (b) (7)(C)@bka.bund.de>>
Date: Friday, Jun 14, 2019, 1:44 AM
To: (b) (6), (b) (7)(C)
< (b) (6), (b) (7)(C)@ice.dhs.gov<mailto (b) (6), (b) (7)(C)@ice.dhs.gov>>
Cc: (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)@ice.dhs.gov<mailto: (b) (6), (b) (7)(C)@ice.dhs.gov>>
Subject: AW: Shadow report DRAFT





Von: (b) (6), (b) (7)(C) [mailto (b) (6), (b) (7)(C) @ice.dhs.gov]
Gesendet: Donnerstag, 13. Juni 2019 21:47
An: (b) (6), (b) (7)(C) (BKA-SO45-2)
Betreff: Shadow report DRAFT



**From:** ██████████ (USAMA)
**Sent:** Fri, 25 Oct 2019 20:49:51 +0000
**To:** ██████████
**Subject:** Brazil Storage Devices Affidavit ████████.docx
**Attachments:** Brazil Storage Devices Affidavit ████████.docx

With my edits.
Can you please send back your next draft with an adjusted file name?

Thanks –
██████████

**From:**     (b) (6), (b) (7)(C)   USAMA)
**Sent:**     Mon, 28 Oct 2019 18:33:59 +0000
**To:**       (b) (6), (b) (7)(C)
**Subject:**  Brazil Storage Devices Affidavit v2 AP EDITS.docx
**Attachments:**  Brazil Storage Devices Affidavit v2 AP EDITS.docx

Hello –



Thanks –
(b) (6), (b) (7)(C)

**From:** ████████████████ USAMA)
**Sent:** Mon, 28 Oct 2019 18:59:06 +0000
**To:** ████████████████
**Subject:** Brazil Storage Devices Affidavit v3 AP edits.docx
**Attachments:** Brazil Storage Devices Affidavit v3 AP edits.docx


Hi –
So, just need to address paragraph 13, 16b, and 26-33. Once that's done, I can send to ████████████████
████████████████

**From:** ███████████ (USAMA)
**Sent:** Mon, 28 Oct 2019 21:04:39 +0000
**To:** ███████████
**Subject:** Brazil Storage Devices Affidavit v4 AP EDITS.docx
**Attachments:** Brazil Storage Devices Affidavit v4 AP EDITS.docx

Okay, take a look. Please read closely. This should be last draft – want your okay BUT I am sending to ███████ s is.

**From:** ██████████
**Sent:** Mon, 9 Dec 2019 17:07:36 +0000
**To:** █████████ @usdoj.gov'
**Cc:** ██████████
**Subject:** Bridgewater residential SW- deeperharder
**Attachments:** Bridgewater- deeperharder.docx

Draft affidavit is attached for Bridgewater target

**From:**      (b) (6), (b) (7)(C) USAMA)
**Sent:**       Fri, 1 Nov 2019 15:43:44 +0000
**To:**          (b) (6), (b) (7)(C)
**Subject:**    Brockton residential warrant affidavit - v1 AP edits.docx
**Attachments:** Brockton residential warrant affidavit - v1 AP edits.docx

(b) (5), (b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Tue, 29 Oct 2019 16:13:34 +0000
**To:** (b) (6), (b) (7)(C)                               @usdoj.gov)
**Subject:** Brockton write up
**Attachments:** Brockton write up.docx

I will plug in play but just so you have an eyeball.

Writing up the Medford one now

Thanks

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **Sent:** | Thu, 31 Oct 2019 23:46:35 +0000 |
| **To:** | (b) (6), (b) (7)(C) (USAMA) |
| **Cc:** | (b) (6), (b) (7)(C) |
| **Subject:** | BROCKTON |
| **Attachments:** | Brockton residential warrant.docx |

Hey
Here is the Brockton search warrant filled out with the shell we had. I highlighted everything that I added or changed.

(b) (5)

Depending on my schedule ▮▮▮▮ may swear this one out on Monday so all's you'll need is his first paragraph
Thx

**From:** (b) (6), (b) (7)(C) USAMA)
**Sent:** Tue, 17 Sep 2019 12:48:47 +0000
**To:** (b) (6), (b) (7)(C)
**Subject:** (b) (6), (b) (7)(C) Residential SW Affidavit - draft 1.docx
**Attachments:** Residential SW Affidavit - draft 1.docx

Take a look. I'm still cleaning up the boilerplate parts. Let me know when you're done and we can chat

**From:** ████████ ████████ USAMA)
**Sent:** Tue, 17 Sep 2019 14:43:52 +0000
**To:** ████████ ████████
**Subject:** ████████ Residential SW Affidavit - draft 1.docx
**Attachments:** ████████ Residential SW Affidavit - draft 1.docx

Please make changes to this draft and label Draft 2 and send back to me. Anything you change, highlight in a color other than yellow. thx

**From:** (b)(6); (b)(7)(c) (USAMA)
**Sent:** Tue, 17 Sep 2019 19:11:32 +0000
**To:** (b)(6); (b)(7)(c)
**Cc:**
**Subject:** (b)(6); (b)(7)(c) Residential SW Affidavit - draft 3.docx
**Attachments:** Residential SW Affidavit - draft 3.docx, No knock language

(b)(6); (b)(7)(c)

I'm sending the current working copy of our draft. Please note:

1. (b)(6); (b)(7)(c) is still working on the description for Website A. It will be similar to the description for Website B.

2. (b)(6); (b)(7)(c) as not yet reviewed this – as soon as we get that description in there, sending to him. He wants to review before filed.

3. (b) (5)

4. (b) (5), (b) (6), (b) (7)(C)

5. (b) (5), (b) (6), (b) (7)(C)

THANKS! Let me know your thoughts.

(b)(6); (b)(7)(c)

**From:** ████████ (b)(6); (b)(7)(c) ████ (USAMA)
**Sent:** Wed, 18 Sep 2019 19:02:08 +0000
**To:** ████ (b)(6), (b)(7)(c) ████ (USAUT);Squire, ████ (b)(6); (b)(7)(c) ████ CRM)
**Subject:** Residential SW Affidavit - draft 6.docx
**Attachments:** Residential SW Affidavit - draft 6.docx

For final review

**From:** ███████ (b)(6), (b)(7)(C)
**Sent:** Fri, 28 Jun 2019 15:01:37 +0000
**To:** ███████ (b)(6), (b)(7)(C) ██████@worcesterma.gov)
**Cc:** ███████ (b)(6), (b)(7)(C)
**Subject:** Couple of docs
**Attachments:** Good Listener WoodPecker Ridge.docx, INFO_2018-08 Guard Research
Report.pdf


Hey,

I made a note to send you a few docs re the op ███ and I are working on next. ███ know more of the nerdy parts, hope you can make it into the city some day next month to chat

These are all internal docs just FYI, thanks...some sensitivity here

# Good Listener

The included network diagram shows how the system works.  First, some explanation:

(b) (7)(E)

## Prerequisites



## Case 1: Requesting an (b) (7)(E)



### Case 1 Summary



## Case 2: (b) (7)(E)



### Case 2 Summary

(b) (7)(E)

# Conclusion

(b) (7)(E)



September 2018

# Contents

1  Background                                    2

2  Methodology                                   3

3  Results                                       3

4  Discussion                                    4

5  Conclusion                                    8

1



CONFIDENTIAL                    2



CONFIDENTIAL 3

*4   DISCUSSION*



CONFIDENTIAL

4



CONFIDENTIAL

5

*4   DISCUSSION*



CONFIDENTIAL                    6

4   *DISCUSSION*



5   *CONCLUSION*



2022-ICLI-00049  0034

**From:** ██████████████████

**Sent:** Tue, 26 Nov 2019 18:21:27 +0000

**To:** ██████████████

**Subject:** docs for affidavit 1 hurt meh

**Attachments:** Comcast_subpoena_return___████████.pdf, UK National Crime Agency_201919372.pdf, CJIS_████████████.pdf, CJIS_General___█████████.pdf, PIPL_█████████ ██████_093030219.pdf, 2019 -████████- residential warrant.docx

9/10/2019 3:43 PM   FROM: Fax Federal Bureau of Investigation   TO: (b)(7)(E)   PAGE: 001 OF 003



# COMCAST

## FACSIMILE TRANSMITTAL SHEET

| TO: (b)(6); (b)(7)(C) | FROM: Comcast Legal Response Center |
|---|---|
| COMPANY: Federal Bureau of Investigation | DATE: 9/10/2019 3:43:52 PM |
| FAX NUMBER: 4109818672 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: (b)(7)(E) |
| RE: LRC Compliance | YOUR REFERENCE NUMBER: (b)(7)(E) |

☐ URGENT    ☑ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES COMMENTS:

    Attached you will find Comcast's response to the above referenced Subpoena. If you have any questions regarding this matter, please contact the Legal Response Center at 866-947-8572.

        Sincerely,

        Comcast Legal Response Center

650 CENTERTON ROAD, MOORESTOWN, NJ 08057




# COMCAST

Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

## CONFIDENTIAL

September 10, 2019

Management & Program Analyst █████████
Federal Bureau of Investigation
935 Pennsylvania Avenue, Northwest
Washington, District of Columbia (DC) 20535

RE:   Subpoena █████
      Comcast File # █████

Dear Management & Program Analyst █████

    The Subpoena received on 09-10-2019 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP Address █████ assigned on 04-30-2019 at 10:38:18 UTC.

    Based on the information provided pursuant to the Subpoena, the subscriber information obtained is provided below.

Subscriber Name:
Service Address:           █████████████

Telephone #:               (508) 807-█████
Type of Service:           High Speed Internet Service
Account Number:            █████
Start of Service:          Unknown
Account Status:            Active
IP Assignment:             Dynamically Assigned
IP History:                See all available attached to date of Subpoena
Current IP:                See attached as of date of Subpoena
E-mail User Ids:           █████ family, █████
                           (the above user ID(s) end in @comcast.net)

    If you have any questions regarding this matter, please feel free to call 866-947-8572.

        Very Truly Yours,
        Comcast Legal Response Center

9/10/2019 9:43 IM   FROM: Fax Federal Bureau of Investigation   TO:  AGE: 003 OF 003



IP History/ Current IP

| IP Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
|---|---|---|---|
| (b) (7)(E) | 05/04/2019 20:32:41 | 09/05/2019 00:00:00 | (b) (7)(E) |
| | 03/14/2019 16:43:03 | 09/05/2019 00:00:00 | |
| | 03/16/2019 11:31:07 | 09/05/2019 00:00:00 | |
| | 03/21/2019 06:22:01 | 05/07/2019 18:11:12 | |
| | 03/15/2019 12:38:34 | 03/23/2019 14:37:52 | |

2

**UK National Crime Agency**



**British Consulate-General Miami**



(b)(6); (b)(7)(c) - NCA Liaison Officer
British Consulate General
1001 Brickell Bay Drive
Miami, FL 33131
(b)(6); (b)(7)(c)@nca.gov.uk
+1 305 342 ▮▮▮▮

## NCA Intelligence report

Our Ref: ▮(b) (7)(E)▮

## SUBJECT: NCA Project HABITANCE

On 2019-04-30 10:38:18 UTC ▮(b) (7)(E)▮ was used to access online child sexual abuse and exploitation material, with an explicit focus on the facilitation of sharing child abuse material (images, links and videos), emphasis on BDSM, hurtcore, gore and death-related material including that of children. Users were required to create an account (username and password) in order to access the majority of the material

Regards

▮(b)(6); (b)(7)(c)▮
NCA International Liaison Officer

If this document contains sensitive material as defined in the Criminal Procedure & Investigations Act 1996 for the disclosure of material to the defence, it may therefore be subject to the concept of Public Interest Immunity. No part of this document should be disclosed to the defence or to other jurisdictions without prior consultation with NCA.



 Printout Generated On: 09/19/2019 16:55:00
By User/Agency: ███ US ICE - BOSTON

## MA Driver's License (R1)

**Results For -** OLN: ███

STATUS: ACTIVE

**License Image**



**License Information**

| | | | |
|---|---|---|---|
| License No.: ███ | | Status: **ACT** | |
| State: **MA** | | SSN: ███ | |

**Person Information**

| | | |
|---|---|---|
| Last: ███ | First: ███ | Middle: ███ |
| DOB: ███ | Sex: **M** | Height: **6' 00"** |
| Organ Donor: **R** | | |

**Address Information**

| | | | |
|---|---|---|---|
| Mailing: ███ | | | |
| City: **BRIDGEWATER** | State: **MA** | Zip: **02324-1355** | |
| Residential: ███ | | | |
| City: **BRIDGEWATER** | State: **MA** | Zip: **02324-1355** | |

**Previous Names**

| | | |
|---|---|---|
| Last: ███ | First: ███ | Middle: ███ |
| DOB: | | |

**Additional Data**

| | | |
|---|---|---|
| Driver's Ed.: **N** | Military: **N** | |
| Mab: | CDL: | CDL Endor.: |
| Type: **L** | Class: **D** | |
| Issue Date: **11/29/1989** | Exp. Date: **02/15/2023** | |
| Restrictions: | Start Time: | End Time: |

(b) (7)(E)

(b) (7)(E) Printout Generated On: **09/19/2019 16:56:38**
By User/Agency: (b)(6); (b)(7)(c)/US ICE - BOSTON

## MA License to Carry (LTC)/Firearms Identification Card (FID) (BOPFI)

Results For - Name: (b)(6); (b)(7)(C)   Date of Birth (b)(6); (b)(7)(c)

**Person Details**

Last Name: (b)(6); (b)(7)(c)
First Name:
Middle Name:
Name Suffix:
Date of Birth: (b)(6); (b)(7)(c)
Place of Birth: **MASSACHUSETTS**
Street: (b)(6); (b)(7)(c)
City:
State: **MA**
Zip: **02324**
Comments:

**Licenses (3 found)**

License Number: (b)(6); (b)(7)(c)
License Type: **C**
Status (code): **ACTIVE (0)**
Issuing City: **BRIDGEWATER**
Issue Date: **02/15/2019**
Expire Date: **02/15/2025**
License Photo: (b)(6); (b)(7)(c)

Comments:

---

License Number: (b)(6); (b)(7)(c)
License Type: **C**
Status (code): **EXPIRED (2)**
Issuing City: **BRIDGEWATER**
Issue Date: **12/20/2013**
Expire Date: **02/15/2019**
License Photo: (b)(6); (b)(7)(c)

Comments:

**(b) (7)(E)**

License Number: ▉▉▉▉▉▉▉▉
License Type: **F**
Status (code): **EXPIRED (2)**
Issuing City: **PEMBROKE**
Issue Date: **09/11/1995**
Expire Date: **02/15/2000**
License Photo:

Image Not Available

Comments:

▉▉▉▉▉▉**Printout Generated On: 09/19/2019 16:56:38**
**By User/Agency:** ▉▉▉▉▉▉▉**US ICE - BOSTON**



(b) (7)(E) Printout Generated On: 09/19/2019 16:57:21
By User/Agency: (b)(6); (b)(7)(c) US ICE - BOSTON

## MA Firearms Ownership (FSI)

**Results For - Name** (b)(6); (b)(7)(c) **Date of Birth:** (b)(6); (b)(7)(c)

⚠WARNING: There is a possible match.

| Full Name | Date of Birth | Gun License Number | Gun Serial Number |
|-----------|---------------|--------------------|--------------------|
|  | (b)(6); (b)(7)(c) | (b) (7)(E) |  |

(b) (7)(E) Printout Generated On: 09/19/2019 16:57:21
By User/Agency: (b)(6); (b)(7)(c) US ICE - BOSTON

**(b) (7)(E)**

(b) (7)(E) Printout Generated On: 09/19/2019 16:54:50
By User/Agency: (b)(6); (b)(7)(c) US ICE - BOSTON

## RMV Investigative Search Results

**Results For -** Searching In: **LICENSES;**  Address: (b)(6); (b)(7)(c) **(CONTAINS);**
City: **BRIDGEWATER (CONTAINS);**   State: **MA;**   Address Type: **MAILING**

| Name | Date of Birth | OLN | Mailing Address |
|------|---------------|-----|-----------------|
| (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) |
| (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) |

(b) (7)(E) Printout Generated On: 09/19/2019 16:54:50
By User/Agency: (b)(6); (b)(7)(c) US ICE - BOSTON



**CJISWeb Printout Generated On: 09/19/2019 16:56:02**
**By User/Agency:** ▮▮▮▮▮▮ US ICE - BOSTON

## RMV Investigative Search Results

**Results For -** Searching In: **REGISTRATIONS**;  Address: ▮▮▮▮▮▮
**(CONTAINS);**  City: **BRIDGEWATER (CONTAINS);**  State: **MA;**  Address
Type: **MAILING**

| Name | Plate No. | Year | Make | Model | Color | Reg. Status | Mailing Address |
|------|-----------|------|------|-------|-------|-------------|-----------------|
| ▮▮▮▮▮▮ | | 2015 | NISS | ALTIMA | GRY | ACTV | ▮▮▮▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮ | 2013 | NISS | ALTIMA | BLK | ACTV | ▮▮▮▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮ | 2000 | NISS | MAXI | BLK | CANC | ▮▮▮▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮ | 2004 | NISS | SENTRA | GRY | CANC | ▮▮▮▮▮▮ |

**CJISWeb Printout Generated On: 09/19/2019 16:56:02**
**By User/Agency:** ▮▮▮▮▮▮ US ICE - BOSTON



## Original Search

 



 

Male, Speaks English

46 years old (born ████████████)

Sr Lan Administrator at NFPA  since 1998

From **Bridgewater, Massachusetts** and 3 more places

| | |
|---|---|
| **Emails** | ████@nfpa.org  Work Email |
| | ████@gmail.com  Personal Email |
| | ████@verizon.net  Personal Email |
| **Phones** | 781-710███  Mobile Phone |
| | 718-710███  Mobile Phone |
| | 508-807███  VoIP Phone |
| | 617-984███  Work Phone |
| **Places** | ████████ |
| | Pembroke, Massachusetts |
| | ████████  Work Address |
| | New York, United States |
| **Education** | Bridgewater State University  1991-1996 |
| **Username** | ████████ |
| **Associated with** | ████Family)  ████Family) |
| | Family)  Family) |
| | amily)  amily) |
| | ████  ████ |
| | ████Follower) |

Car Information    Make & Model    VIN

| Car Information | Make & Model | VIN |
|---|---|---|
| | Nissan Altima | (b)(6); (b)(7)(c) |

| Skills | | |
|---|---|---|
| | VMware ESX | Network Administration |
| | Microsoft Exchange | Microsoft SQL Server |
| | Network Design | System Administration |
| | Office Communications | Citrix |
| | Network Security | Active Directory |
| | Office Communications Server | SAN |
| | Disaster Recovery | Virtualization |
| | Servers | |

**Group**        DataCore Certified Technical Professionals Group (for DCIEs and DCSAs)

**Sources**

- LinkedIn
- Facebook
- Instant Checkmate (2)
- Businesses Contacts
- Auto owners US
- USA Consumers (5)
- Google-
- Mobile Directory (6)
- USA Auto Owners (3)
- Email owners USA
- Domain owners US
- White Pages
- WhitePages.plus
- Residential Contacts (2)
- Mobile Directory (6)

Possibly Related Results


**Pembroke, Massachusetts**

Framingham, **Massachusetts**

Chicopee, **Massachusetts** and 1 more place
(b) (6), (b) (7)
(C) )worldnet.att.net

**Hoboken, New Jersey** ∨

📧 meetup.com/members/
meetup.com/members/

| Location | Hoboken, New Jersey |
| --- | --- |
| Name | |
| External User Id | @meetup |
| Source | 📧 Meetup |

Las Vegas, Nevada
@peoplepc.com

Born (b)(6)
Purchasing at Merrimack Valley Dist.Co.,Inc. and PURCHASER
Also known as                     and

57 years old from Pomona & Sto**ny** Point, **New York** and 7 more places
Site Manager at Vestas
Also known as 

2022-ICLI-00049  0048



**(b)(6); (b)(7)(c)**

Born **(b)(6)**

**(b)(6); (b)(7)(c)**@yahoo.com, **(b)(6); (b)(7)(c)**@aol.com, **(b)(6); (b)(7)(c)**@aol.com and **(b)(6); (b)(7)(c)**@juno.com

**(b)(6); (b)(7)(c)**

**Bridgewater, Massachusetts**

**(b)(6); (b)(7)(c)**

63 years old from Framingham, **Massachusetts**

**(b)(6); (b)(7)(c)**

Bronx, **New York**

**(b)(6); (b)(7)(c)**

Westwood, **Massachusetts**
Also known as **(b)(6); (b)(7)(c)** and **(b)(6); (b)(7)(c)**
**(b)(6); (b)(7)(c)**@cableone.net

**(b)(6); (b)(7)(c)**

**New York**

**(b)(6); (b)(7)(c)**

Westwood, **Massachusetts**
**(b)(6); (b)(7)(c)**@hotmail.com

**(b)(6); (b)(7)(c)**

Jeffersonville and 3 more places in Indiana

**From:**        (b)(6); (b)(7)(c) (CRM)
**Sent:**        Wed, 27 Nov 2019 18:46:50 +0000
**To:**          (b)(6); (b)(7)(c) (CID) (FBI); (b)(6); (b)(7)(c)
**Subject:**     DOJ NIAC Paperwork drafts - SW and Guidance
**Attachments:** NIAC Tor Op Notification Draft V1.docx, NIAC Tor Op Go By [b](5)(b)(5)(6) 2 11 27
19.docx



Please see attached the current drafts of the DOJ NIAC paperwork for (b)(6); (b)(7)(c) Lane. There's a
guidance document and the go-by [b(5)(6)] There are a number of comments in the goby [b(5)(6)] for you to
please review, and then it'll be helpful to have a call about this next week.

# (b) (5)

I'd really like to take a shot at having that conference call before Christmas but that'd mean getting the
last comments straight early next week. Let me know if you'll be available then and if you have any
questions.
Thanks and Happy Thanksgiving!
(b)(6); (b)(7)(c)


(b)(6); (b)(7)(c)
Deputy Chief
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
(202) 305-[b(5)(6)(7)(c)] o)
(202) 436-[        ] c)

**NOTIFICATION OF NATIONWIDE CHILD EXPLOITATION INVESTIGATION:**



(b) (5), (b) (6), (b) (7)(C)

*Deliberative; Attorney Work Product*

(b) (5)

(b) (5), (b) (7)(E)

2

*Deliberative; Attorney Work Product*



3

*Deliberative; Attorney Work Product*



4

*Deliberative; Attorney Work Product*



5

*Deliberative; Attorney Work Product*



6

*Deliberative; Attorney Work Product*



7

2022-ICLI-00049  0057

*Deliberative; Attorney Work Product*



8



*Deliberative; Attorney Work Product*

9

*Deliberative; Attorney Work Product*



10

*Deliberative; Attorney Work Product*



11

*Deliberative; Attorney Work Product*



12

*Deliberative; Attorney Work Product*



13

*Deliberative; Attorney Work Product*



14

*Deliberative; Attorney Work Product*



15

*Deliberative; Attorney Work Product*



16



*Deliberative: Attorney Work Product*

**From:**              (b)(6)(b)(7)(C)        (CID) (FBI)
**Sent:**              Fri, 15 Nov 2019 17:35:44 +0000
**To:**                (b)(6)(b)(7)(C)
**Subject:**           Draft template
**Attachments:**       NIAC Tor Op Go By SW V1 11 6 19.docx


We've broken ours apart so we have a template for each site now but this is how it was sent to me by (b)(6)(b)(7)(C)   If there is anything in it you want to use...

Respectfully,

(b)(6)(b)(7)(C)
Child Exploitation Operational Unit (CEOU)
VCAC / CID / FBIHQ
Desk:  (410) 981-(b)(6)(b)(7)(C)

| | |
|---|---|
| **From:** | (b)(6)(b)(7)(C)          (USAMA) |
| **Sent:** | Thu, 5 Dec 2019 19:27:18 +0000 |
| **To:** | (b)(6)(b)(7)(C) |
| **Subject:** | Emailing: (b)(6)(b)(7)(C) - affidavit - FOR SUBMISSION.docx |
| **Attachments:** | (b)(6)(b)(7)(C) - affidavit - FOR SUBMISSION.docx |

Your message is ready to be sent with the following file or link attachments:

(b)(6)(b)(7)(C) - affidavit - FOR SUBMISSION.docx

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**From:**      (b)(6)(b)(7)(C)     (USAMA)
**Sent:**      Tue, 19 Nov 2019 14:06:13 +0000
**To:**      (b)(6)(b)(7)(C)
**Cc:**      (b)(6)(b)(7)(C)
**Subject:**      (b)(6)(b)(7)(C)    - affidavit - draft 1 AP edits.docx
**Attachments:**      (b)(6)(b)(7)(C)    affidavit - draft 1 AP edits.docx

Just submitted to (b)(6)(b)(7)(C) Can you please send me the intel reports from NCA and verify that the highlighted portions are correct?

(b)(5)

**From:** (b)(6)(b)(7)(C)
**Sent:** Tue, 9 Jul 2019 15:03:22 +0000
**To:** (b)(6)(b)(7)(C)     (USAMA) (b)(6)(b)(7)(C)     @usdoj.gov);(b)(6)(b)(7)(C)
(USAMA) (b)(6)(b)(7)(C) @usdoj.gov)
**Subject:** FW: affidavit so far
**Attachments:** (b)(6)(b)(7)(C)     affidavit Draft fbidjb (2).docx

FYI

**From:** (b)(6)(b)(7)(C)     @fbi.gov>
**Sent:** Monday, July 08, 2019 12:45 PM
**To:** (b)(6)(b)(7)(C)     (b)(6)(b)(7)(C)     ice.dhs.gov>
**Cc:** (b)(6)(b)(7)(C)     l@fbi.gov>
**Subject:** RE: affidavit so far

Hey (b)(6)(b)(7)(C) Sorry I went out of town and forgot about this. This Draft has not been signed off on yet by
(b)(6)(b)(7)(C), (b)(7)(E)                              so he would probably want a say on that before
anything goes out.......................

(b)(6)(b)(7)(C)

**From:** (b)(6)(b)(7)(C)     [mailto:(b)(6)(b)(7)(C)     @ice.dhs.gov]
**Sent:** Monday, July 01, 2019 12:04 PM
**To:** (b)(6)(b)(7)(C)     @fbi.gov>
**Subject:** affidavit so far

Hey

When you have a min can you send me the draft of what you have so far?

Want to grab some verbiage for (b)(6)(b)(7)(C)

Thanks much

(b)(6)(b)(7)(C)