UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

               Defendant.

_____

               21-CR-07-LJV-JJM

               NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated January 2, 2024 |
| **RELIEF REQUESTED:** | Extension of Time to File Reply Brief. |
| **DATED:** | Buffalo, New York, January 2, 2024. |

               Respectfully submitted,

               **/s/ Jeffrey T. Bagley**
               Jeffrey T. Bagley
               Assistant Federal Public Defender
               Federal Public Defender's Office
               300 Pearl Street, Suite 200
               Buffalo, New York 14202
               (716) 551-3341, (716) 551-3346 (Fax)
               jeffrey_bagley@fd.org
               *Counsel for Defendant John Stuart*

**TO:**   David J. Rudroff
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

Defendant.

_____

21-CR-07-LJV-JJM

**AFFIRMATION**

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2. Defendant's Reply Brief to the Government's Response to the Defendant's Supplemental Briefing (Dkt # 116) is due today, January 2, 2024. (*See* Dkt. # 114)

3. Additional time is needed to draft the reply. Accordingly, this motion respectfully requests a two-day extension of time to file the reply brief, making the brief due on January 4, 2024.

4. Assistant U.S. Attorney David Rudroff has indicated that the government has no objection to this request.

**DATED**:     Buffalo, New York, January 2, 2024.

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender

Federal Public Defender's Office  
300 Pearl Street, Suite 200  
Buffalo, New York 14202  
(716) 551-3341, (716) 551-3346 (Fax)  
jeffrey_bagley@fd.org  
*Counsel for Defendant John Stuart*

**TO:**  David J. Rudroff
          Assistant United States Attorney