UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOHN STUART,

                Defendant.

_____

21-CR-07-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated January 4, 2024 |
| **RELIEF REQUESTED:** | Extension of Time to File Reply Brief. |
| **DATED:** | Buffalo, New York, January 4, 2024. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** David J. Rudroff
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.

JOHN STUART,

            Defendant.
_____

**21-CR-07-LJV-JJM**

**AFFIRMATION**

      **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1.    I am an Assistant Federal Public Defender for the Western District of New York and I represent the defendant, John Stuart, in the instant matter.

2.    Defendant's Reply Brief to the Government's Response to the Defendant's Supplemental Briefing (Dkt # 116) is due today, January 4, 2024.

3.    Despite best efforts to complete the reply by today, additional time is needed to draft the reply. As this Court is aware, the motion raises complex issues that I would request more time to respond to. Unexpected events have also interrupted time dedicated to drafting the reply. Accordingly, this motion respectfully requests an extension of time to file the reply brief until January 9, 2024.

4.    Assistant U.S. Attorney David Rudroff has indicated that the government has no objection to this request.

    **DATED**:               Buffalo, New York, January 4, 2024.

                                              Respectfully submitted,

2

/s/ **Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant John Stuart*

**TO:** David J. Rudroff
Assistant United States Attorney

2