IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                                         21-CR-7-LJV-JJM

JOHN STUART,

                Defendant.

---

## NOTICE OF MOTION AND
## MOTION TO SET A DATE FOR TRIAL

**PLEASE TAKE NOTICE** that the United States of America, by its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, and David J. Rudroff, Assistant United States Attorney, of counsel, hereby moves this Court to set a date for trial, such motion to be heard by the United States District Court for the Western District of New York, United States Courthouse, 2 Niagara Square, Buffalo, New York, at a date and a time to be determined by the Court.

    DATED:  Buffalo, New York, February 26, 2024.

                                                  TRINI E. ROSS
                                                  United States Attorney

                    BY:     s/ DAVID J. RUDROFF
                             Assistant United States Attorney
                             United States Attorney's Office
                             Western District of New York
                             138 Delaware Avenue
                             Buffalo, New York 14202
                             716/843-5806
                             David.Rudroff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                              21-CR-7-LJV-JJM

JOHN STUART,

                       Defendant.

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO     )

      **DAVID J. RUDROFF**, being duly sworn, deposes and says:

      1.    I am an Assistant United States Attorney for the Western District of New York assigned to the prosecution of this matter. I offer this affidavit in support of the Government's motion to set a date for trial or change in plea in this action.

      2.    On February 22, 2024, the Court issued a Decision and Order resolving the defendant's pretrial motions. Dkt. 124. As a result, the Speedy Trial Clock began to run as of February 23, 2024, and three days have elapsed.

3. The Government therefore requests a status conference before the Court to schedule a trial date in this matter.

> s/ DAVID J. RUDROFF
> Assistant United States Attorney
> United States Attorney's Office
> Western District of New York
> 138 Delaware Avenue
> Buffalo, New York 14202
> 716/843-5806
> David.Rudroff@usdoj.gov

Subscribed and sworn to before me
this 26th day of February, 2024.

s/ SAMANTHA BURLOW
COMMISSIONER OF DEEDS
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2024.